# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# BIG STONE GAP DIVISION

| | | |
|---|---|---|
| **HAYWARD CREECH, JR., ET AL.,** | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 2:14CV00006 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **VIRGINIA FUEL CORPORATION, ET AL.,** | ) | By: James P. Jones |
| | ) | United States District Judge |
| | ) | |
| Defendants. | ) | |

The parties have filed a Joint Motion for Preliminary Approval of Settlement and Approval of Class Notice (the "Motion"). It appearing proper, and after due consideration by the court, the Motion (ECF No. 59) is GRANTED. Accordingly, it is **ORDERED** as follows:

1. The proposed settlement is preliminarily APPROVED, pending a final hearing after notice as provided herein;

2. The proposed Notice is APPROVED, the court finding that it provides notice of the proposed settlement in a reasonable manner in accord with Rule 26(e)(1) and such notice is DIRECTED to be given in the form and manner set forth in the Motion; and

3. A final hearing on the proposed settlement and award of attorneys' fees to Class Counsel will take place on February 23, 2015, at 10:30 a.m., before this Court at the United States Courthouse and Federal Building, 180 West Main Street, Abingdon, Virginia.

ENTER: December 16, 2014

/s/ James P. Jones
United States District Judge