IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION

| | |
|---|---|
| HAYWARD CREECH, JR., MICHAEL FAUSTICH, AND JERRY BENTLEY )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>VIRGINIA FUEL CORPORATION )<br>)<br>Defendant. ) | No. 2:14-cv-00006-JPJ-PMS |

**FINAL DISMISSAL ORDER**

Defendant Virginia Fuel Corporation has fully complied with the Settlement Agreement and provided timely payments to the Class Members and Class Counsel. Accordingly, the parties, through counsel, ask the Court to dismiss this case with prejudice.

Consistent with the Court's February 23, 2015 Order (ECF 66) and based on the representations of the parties, it is ORDERED that this case is DISMISSED with prejudice.

ENTER: This 27th day of March, 2015

_____
UNITED STATES DISTRICT JUDGE

26270/5/7048287v1